FILED
2005 May-16 PM 02:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| VENTOURA PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV-03-AR-0224-S |
| | ) | |
| EDWARD MOORE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The magistrate judge filed a supplemental report and recommendation on April 13, 2005, recommending that all of plaintiff's claims in this action, except the failure-to-protect claim against officers Moore, Baldwin, Crum, and Silas, be DISMISSED for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). It was further recommended that the remaining claim against Moore, Baldwin, Crum, and Silas be referred to the magistrate judge for further proceedings. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the initial report and recommendation and the supplemental report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. It is therefore ORDERED, ADJUDGED, and DECREED that all of plaintiff's claims in this action, except the failure-to-protect claim against officers Moore, Baldwin, Crum, and Silas, are DISMISSED pursuant to 28 U.S.C. § 1915A(b)(1). It is further

ORDERED that the failure-to-protect claim against officers Moore, Baldwin, Crum, and Silas is REFERRED to the magistrate judge for further proceedings.

DATED this 16th day of May, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE