IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| VENTOURA PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV-03-AR-0224-S |
| | ) | |
| EDWARD MOORE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

O R D E R

The magistrate judge filed a report and recommendation in the above-styled cause on February 28, 2006, recommending that the motion for summary judgment filed by the defendants be denied. The report and recommendation specifically notified the parties that objections would be due within fifteen (15) days after the date of the order, or by March 14, 2006. To date, no party has filed any objections to the report and recommendation.

Accordingly, after having reviewed and carefully considered *de novo* the report and recommendation and all matters in the court file, the report it hereby ADOPTED and the recommendation is ACCEPTED, and the motion for summary judgment filed by the defendants is DENIED.

Because plaintiff has made a jury demand, this case is hereby set for **jury trial at 9:00 a.m., April 17, 2006**. If plaintiff wishes witnesses to be subpoenaed, he shall notify the Clerk forthwith of their names and addresses.

DATED this 20th day of March, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE